UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

NICOLE DARNELL,                                                        Case No.: 2:08-cv-639-FtM-29DNF

    Plaintiff,

COLLECTCORP CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW Defendant, COLLECTCORP CORPORATION, by and through its undersigned counsel, and hereby notifies the Court that a compromise settlement has been reached between the parties and that they anticipate the filing of a Joint Dismissal With Prejudice of the said claims in the above-captioned suit.

Respectfully submitted this 29th day of January, 2009.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on the **January 29, 2009**, with the United States District Court, Middle District of Florida by using CM/ECF system, which Notice will be electronically mailed to: **Brian P. Parker, Esquire,** Law Office of Brian P. Parker, P.C., 30700 Telegraph Rd., Suite 1580, Bingham Farms, Michigan 48025.

    /s/ Ernest H. Kohlmyer, III
    Ernest H. Kohlmyer, III, Esquire
    Florida Bar No. 0110108
    BELL, ROPER & KOHLMYER, P.A.
    2707 East Jefferson Street
    Orlando, Florida  32803
    (407) 897-5150
    (407) 897-3332 (fax)
    Skohlmyer@bellroperlaw.com