UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICOLE DARNELL,

        Plaintiff,

vs.                       Case No. 2:08-cv-639-FtM-29DNF

COLLECTCORP CORPORATION,

        Defendant.
_____

**ORDER**

On January 30, 2009, the Court entered an Order (Doc. #14) administratively closing the case for a period of thirty days. That time has now expired and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing the case with prejudice. The Clerk is further directed to terminate any previously scheduled and pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of March, 2009.

                                                        _____
                                                        JOHN E. STEELE
                                                        United States District Judge

Copies: Counsel of record